FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 SEP 10 PM 3:55
CLERK
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

UNITED STATES OF AMERICA

v.

NED HATCHER, III,

Defendant.

**INDICTMENT NO.** CR114-099

VIO: 21 U.S.C. §§ 841(a)(1), (b)(1)
18 U.S.C. § 2
Possession With Intent to Distribute Schedule I and II Controlled Substances

18 U.S.C. § 924(c)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

18 U.S.C. §§ 922(g)(1), 924(a)
Possession of a Firearm by a Felon

18 U.S.C. §§ 922(k), 924(a)(1)(B)
Possession of a Firearm having an Obliterated Serial Number

21 U.S.C. §§ 841(a)(1), (b)(1)(C)
Possession With Intent to Distribute Schedule II Controlled Substance

**COUNT ONE**
**(Possession With Intent to Distribute Schedule I and II Controlled Substances)**

**THE GRAND JURY CHARGES THAT:**

On or about August 20, 2012, in Richmond County, within the Southern District of Georgia, the defendant,

**NED HATCHER, III,**

aided and abetted by others, did knowingly and intentionally possess with the intent to distribute quantities of Schedule I and II controlled substances, that is, Cocaine Hydrochloride, Cocaine

Base, and Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and Title 18, United States Code, Section 2.

**COUNT TWO**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 20, 2012, in Richmond County, within the Southern District of Georgia, the defendant,

**NED HATCHER, III,**

aided and abetted by others, in furtherance of a drug trafficking crime, that is, Possession With Intent to Distribute Schedule I and II controlled substances, as set forth in Count One of this indictment, knowingly possessed a firearm, that is, one Smith & Wesson, Model SW40VE, .40 caliber pistol, serial number RBM6706, in violation of Title 18, United States Code, Section 924(c)(1).

**COUNT THREE**
**(Possession of a Firearm by a Felon)**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 20, 2012, in Richmond County, within the Southern District of Georgia, the defendant,

**NED HATCHER, III,**

having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, that is, one Smith & Wesson, Model SW40VE, .40 caliber pistol, serial number RBM6706, which had previously been

transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT FOUR**
**(Possession With Intent to Distribute Schedule I and II Controlled Substances)**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 2, 2013, in Richmond County, within the Southern District of Georgia, the defendant,

**NED HATCHER, III,**

aided and abetted by others, did knowingly and intentionally possess with the intent to distribute a quantity of Schedule I and II controlled substances, that is, Cocaine Hydrochloride, Cocaine Base and Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and Title 18, United States Code, Section 2.

**COUNT FIVE**
**(Possession of a Firearm by a Felon)**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 7, 2013, in Richmond County, within the Southern District of Georgia, the defendant,

**NED HATCHER, III,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, that is, one Davis Industries, Model P-380, .380 caliber pistol, without a serial number, which had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT SIX**
**(Possession of a Firearm With an Obliterated Serial Number)**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the November 7, 2013, in Richmond County, within the Southern District of Georgia, the defendant herein,

**NED HATCHER, III,**

did knowingly possess a firearm which had been shipped and transported in interstate and foreign commerce, that is, one Davis Industries, Model P-380, .380 caliber pistol, from which the manufacturer's serial number had been removed, obliterated, and altered, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

**COUNT SEVEN**
**(Possession With Intent to Distribute Schedule II Controlled Substance)**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 14, 2014, in Richmond County, within the Southern District of Georgia, the defendant,

**NED HATCHER, III,**

did knowingly and intentionally possess with intent to distribute a schedule II controlled substance, that is, Cocaine Hydrochloride and Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(l)(C).

A TRUE BILL.


*(Signatures of the Ned Hatcher III Indictment continue below.)*

Edward J. Tarver.
United States Attorney

James D. Durham
First Assistant United States Attorney

Nancy C. Greenwood (Lead counsel)
Assistant United States Attorney

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division