# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 1:14cr099 | **DATE:** June 8, 2023 |
| **UNITED STATES OF AMERICA** | **TIMES:** 10:15 - 10:34 |
| V. | |
| Ned Hatcher, III | |

**Honorable:** Brian K. Epps, United States Magistrate Judge  **Courtroom Deputy:** Morgan Akins
**Court Reporter:** FTR
**Probation Officer:** Lori Mitchell   **Security:** Keith Ingram   **USMS:** Present

**Attorney for Government:** Jason Blanchard
**Attorney for Defendant(s):** Michael Loebl

**PROCEEDINGS:** INITIAL APPEARANCE/SUPERVISED RELEASE REVOCATION (Felony)

- [✓] All parties present and ready to proceed
- [✓] Defendant advised of allegations
- [✓] Defendant advised of rights
- [ ] Defendant waives Detention Hearing
- [ ] Defendant requests time to prepare for Detention Hearing
- [ ] Detention Hearing scheduled for:
- [✓] Detention Hearing held
- [✓] Defendant waives Preliminary Hearing
- [ ] Defendant requests time to prepare for Preliminary Hearing
- [ ] Preliminary Hearing scheduled for:
- [ ] Preliminary Hearing held
- [ ] Witness for the Govt:                              [ ] Witness sworn
- [ ] Witness for the Def:                               [ ] Witness sworn
- [ ] Defendant Detained Pending Detention or Preliminary Hearing
- [✓] Defendant Detained Pending Final Revocation Hearing
- [✓] Defendant remanded to custody of US Marshal

NOTES: